UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:05-00037 |
| ) | Judge Echols |
| **CHARLES FRENCH RICHARDS,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant's "Motion to Dismiss Indictment" (Docket Entry No. 16) is hereby DENIED; and

(2) Defendant's "Motion to Suppress the Fruits of the Warrantless Search and Subsequent Judicially Authorized Search of Richards' Storage Unit and for a <u>Franks</u> Hearing" (Docket Entry No. 18) is hereby DENIED.

This case shall proceed to trial as scheduled on Tuesday, December 13, 2005, at 9:00 a.m.

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE