```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
     v.                        )     Case No. 3:05-00037
                               )     Judge Echols
CHARLES FRENCH RICHARDS,       )
                               )
          Defendant.           )
```

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, Defendant's "Motion to Dismiss Indictment" (Docket Entry No. 82) is hereby DENIED.

This case shall proceed to trial as scheduled on Tuesday, July 11, 2006, at 9:00 a.m.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE